EXCHANGE BAKERY AND RESTAURANT, INC., Respondent, *v.* LOUIS RIFKIN, Individually and as President of Waiters and Waitresses Union Local No. 1, et al., Appellants.

(Submitted July 20, 1927; decided July 20, 1927.)

Motion for reargument denied, without costs. (See 245 N. Y. 260.)

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SOLOMON COHEN, Defendant, and EQUITABLE SURETY COMPANY, Appellant.

(Submitted July 20, 1927; decided July 20, 1927.)

Motion to amend remittitur denied, without costs. (See 245 N. Y. 419.)